IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROSA A. PONCE, )
)
    Plaintiff, )
)
v. ) Case No. 3:13-cv-01183
)
CLARKSVILLE-MONTGOMERY COUNTY )
COMMUNITY ACTION AGENCY, )
)
    Defendant. )
)

### DEFENDANT'S MOTION TO DISMISS

[Handwritten annotation: In light of the amended complaint that supersedes the original complaint, this motion is DENIED without prejudice as moot. /s/ [Judge] 3-11-14]

Defendant, Clarksville-Montgomery County Community Action Agency ("CMCCAA" or "Defendant"), hereby moves this Court to dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant relies upon its Memorandum in Support filed contemporaneously herewith.

Submitted this 20th day of February 2014.

                      Respectfully submitted,

                      /s/ Wendy V. Miller
                      Wendy V. Miller, TN #023500
                      Jessica T. Patrick, TN #028039
                      OGLETREE, DEAKINS, NASH, SMOAK &
                      STEWART, P.C.
                      SunTrust Plaza
                      401 Commerce Street, Suite 1200
                      Nashville, TN 37219-2446
                      Telephone: 615.254.1900
                      Facsimile: 615.254.1908

                      Attorneys for Defendant Clarksville-Montgomery
                      County Community Action Agency