IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSA A. PONCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:13-cv-01183 ) |
| CLARKSVILLE-MONTGOMERY COUNTY COMMUNITY ACTION AGENCY, | ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Clarksville-Montgomery County Community Action Agency ("CMCCAA" or "Defendant"), hereby moves this Court to dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendant relies upon its Memorandum in Support filed contemporaneously herewith.

Submitted this 20th day of February 2014.

[Handwritten annotation: Order / In light of the amended complaint that superseded the original complaint, this motion is DENIED without prejudice as moot. /s/ [Judge signature] USDJ 3-11-14]

Respectfully submitted,

/s/ Wendy V. Miller
Wendy V. Miller, TN #023500
Jessica T. Patrick, TN #028039
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

Attorneys for Defendant Clarksville-Montgomery
County Community Action Agency