IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSA A. PONCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-01183 |
| ) | |
| CLARKSVILLE-MONTGOMERY ) | |
| COUNTY COMMUNITY ACTION ) | Judge Haynes |
| AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | JURY DEMAND |
| ) | |

## AGREED ORDER SETTING CASE MANAGEMENT CONFERENCE

COME now the Parties to submit this Agreed Order setting the Case Management Conference for the above-referenced matter for **March 31, 2014 at 2:00 p.m.** before the Honorable Judge Haynes. Plaintiff motioned this Court twice for the Case Management Conference to be reset and upon the second motion, this Court advised the parties to submit an Agreed Order resetting the hearing. (D.E. No. 11).

WHEREFORE, the parties agree upon March 31, 2014 at 2:00 p.m. for the Case Management Conference of the above-referenced matter.

ENTERED this the 27th day of March, 2014.

_____
Chief District Judge William J. Haynes, Jr.